1  US court

2  501 I Street

3  Sacramento, CA 95814

4

5  Taifusin Chiu

6  4005 23rd ave apt J

7  Sacramento, CA 95820

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14

15                                                  No. 24CV1738-KJM-AC

16      ,    Plaintiff, Taifusin Chiu

17           v.

18      ,

19           Defendant. / The President of US, Donald Trump/ all Neighborhood

20

21

22         Medal of Honor versus Purple Heart

23  The President Show Down
    900 Septillion Number
24
    999 USD Quora's Number President Show Down and USD Infinite  President Show down
25
    Maximum Number to Infinite Number USD President
26
27  Fight above and beyond and infinite debt

28
                                        1

1  Fight above and beyond world clock's debt

2   Achievement versus no achievement

3  Restrict versus picky

4  Boundary line versus border line

5

6  Restrict versus picky on boundary line versus borderline on human right and law in overall life

7  achievement

8  The President Show Down/The Presidency Case

9  Merit case

10 Merit white glove

11 Medal of Honor versus Purple Heart

12 Ingot versus missionary

13

14 Iu Mien people from all churches

15 Round 2

16 $500 Million The President Show Down

17 All in

18 Easy Money

19 2 case with different location and other location or spread all locations for worldwide

20

21 Similar or same behavior near colonial and spread and neighborhood in oak park, 23rd ave and

22 other neighborhood or other location in Sacramento

23 Update

24 Do you how to walk out the door for round 6 since you walk in the door?

25 Round 6

26 In beginning of life, God, the creator and Goddess, the creator create element overall life
27 achievement fortune and separate element, sky, land, overall life achievement, fortune, bond and
   choose sky and land. Combine them sky and land overall life achievement fortune bond,
28 elemental overall life achievement fortune bond. Statistic of people walk in door and walk out of

door and win sky and land overall life achievement fortune bond employee's pay check and free all debt under such a word as highest achievement and obtain Medal of Honor award. Number of heads of count as highest achievement and obtain Medal of Honor award.

Do I know neighborhood?

I know neighborhood this way.

Date: 6/14/2024

*[signature]*

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

| | |
|---|---|
| 1 | US court |
| 2 | 501 I Street |
| 3 | Sacramento, CA 95814 |
| 4 | |
| 5 | Taifusin Chiu |
| 6 | 4005 23rd ave apt J |
| 7 | Sacramento, CA 95820 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| , <br><br> Plaintiff, Taifusin Chiu <br><br> v. <br><br> , <br><br> Defendant. / The President of US, Donald Trump/ neighborhood | No. |

Medal of Honor versus Purple Heart

The President Show Down
900 Septillion Number

999 USD Quora's Number President Show Down and USD Infinite President Show down

Maximum Number to Infinite Number USD President

Fight above and beyond and infinite debt

Fight above and beyond world clock's debt

1

Achievement versus no achievement

Restrict versus picky

Boundary line versus border line

Restrict versus picky on boundary line versus borderline on human right and law in overall life achievement

The President Show Down/The Presidency Case

Merit case

Merit white glove

Medal of Honor versus Purple Heart

Ingot versus missionary

Iu Mien people from all churches

Round 2

$500 Million The President Show Down

All in

Easy Money

You say this:

Do I know neighborhood?

I know neighborhood this way.

Round 8

In beginning of life, God, the creator and Goddess, the creator create element overall life achievement fortune and separate element, sky, land, overall life achievement, fortune, bond and choose sky and land. Combine them sky and land overall life achievement fortune bond, elemental overall life achievement fortune bond. Statistic of people go court and shake my head and your head together and win sky and land overall life achievement fortune bond employee's pay check and free all debt under such a word as highest achievement and obtain Medal of Honor award.
Number of heads of count as highest achievement and obtain Medal of Honor award.
Did we win free all debt?
Yes, You can have this much employee's or employer's pay check for free and I agree to shake my head 'yes' for you and me as highest achievement and obtain Medal of Honor award.

Date: 6/14/2024

Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

3

1  US District

2  501 I Street

3  Sacramento, CA 95814

4

5  Taifusin Chiu

6  4005 23rd ave Apt J

7  Sacramento, CA 95820

8

9

10

11

12

13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16

17  ,                              No.

18          Plaintiff, Taifusin Chiu

19      v.

20  ,

21          Defendant. The
            President of US,
22          Statistic of people,
            church people and
23          neighborhood

24

25
    999 USD Quora's Number President Show Down and USD Infinite President Show
26
    down
27

28  Maximum Number to Infinite Number USD President

                                        1

1. Fight above and beyond and infinite debt
2. Fight above and beyond world clock's debt
3. Achievement versus no achievement
4. Restrict versus picky
5. 
6. Boundary line versus border line
7. Restrict versus picky on boundary line versus borderline on human right and law in
8. overall life achievement
9. The President Show Down/The Presidency Case
10. Colonial Height Library and other location of neighborhood
11. 23rd ave Neighorhood
12. Do I know neighborhood? For all location
13. 
14. I know neighborhood this way.

You say this term in neighborhood, round 8 and confirm with you in court. Yes or No.

There is open door for neighborhood for round 6 as highest achievement and obtain medal of Honor award

Round 6, Do you know how to walk out the door? Yes or No,

Date: 6/14/2024

*[signature]*
Your signature

Saetern, Chiew Lio aka Chiu, Taifusin

YOUR NAME

IN PRO PER

2